*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  July 28, 2016                    522047
_____

In the Matter of FELIPE NEGRON,
                    Petitioner,

        v

ANTHONY J. ANNUCCI, as Acting                MEMORANDUM AND JUDGMENT
    Commissioner of Corrections
    and Community Supervision,
                    Respondent.
_____

Calendar Date:  June 6, 2016

Before:  Peters, P.J., McCarthy, Garry, Rose and Clark, JJ.

_____

        Felipe Negron, Gowanda, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Marcus J.
Mastracco of counsel), for respondent.

_____

        Proceeding pursuant to CPLR article 78 (transferred to this
Court by order of the Supreme Court, entered in Albany County) to
review a determination of respondent finding petitioner guilty of
violating a prison disciplinary rule.

        Determination confirmed.  No opinion.

        Peters, P.J., McCarthy, Garry, Rose and Clark, JJ., concur.

ADJUDGED that the determination is confirmed, without costs, and petition dismissed.

ENTER:

Robert D. Mayberger
Clerk of the Court